## Jim CROSS, Sr., v. STATE.
### No. 17395.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

See, also, 76 S.W.(2d) 773.

Bradley & Wilson, of Lubbock, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for murder; punishment being assessed at confinement in the penitentiary for thirty-three years.

Appellant has filed his affidavit with this court advising that he does not further desire to prosecute his appeal, and at his request the same is ordered dismissed.

## Charles FRANCIS v. STATE.
### No. 17111.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

J. A. Johnson, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for possessing intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

Under the holding in Offield v. State (Tex. Cr. App.) 75 S.W.(2d) 882, and Hilterbrand v. State (Tex. Cr. App.) 75 S.W.(2d) 884, the indictment in the present case is fatally defective.

The judgment is reversed, and the prosecution ordered dismissed under the present indictment.

## N. F. FREEMAN v. STATE.
### No. 17324.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

Robert P. Brown, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

Appellant has duly made his affidavit requesting that his appeal be dismissed. The request is granted.

The appeal is dismissed.

## Thomas Jefferson HICKMAN v. STATE.
### No. 17379.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

Wallace Hughston and John Doyle, both of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

We find in the record an affidavit in due form asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

## Thomas Jefferson HICKMAN v. STATE.
### No. 17382.

Court of Criminal Appeals of Texas.
Dec. 12, 1934.

Wallace Hughston and John Doyle, both of McKinney, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, two years in the penitentiary.

We find in the record an affidavit in due form asking that this appeal be dismissed. The request is granted.

The appeal is dismissed.

## Marvin JOHNSON v. STATE.
### No. 17320.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of theft of property over the value of $50, and his punishment assessed at confinement in the state penitentiary for a term of two years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Marvin JOHNSON v. STATE.
### No. 17321.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is burglary; the punishment, confinement in the penitentiary for two years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Melvin JOHNSON v. STATE.
### No. 17322.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of burglary, and his punishment assessed at confinement in the state penitentiary for a term of two years.

Affidavit in proper form has been filed by appellant asking this court to dismiss his appeal.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Melvin JOHNSON v. STATE.
### No. 17323.

Court of Criminal Appeals of Texas.

Dec. 12, 1934.